STATE v. CAPEL

   No. 89 PC.

   Case below: 21 N.C. App. 311.

   Petitions by defendants *in propria persona* and by counsel for writs of certiorari to North Carolina Court of Appeals denied 4 June 1974.

STATE v. CHAMBERS

   No. 126 PC.

   Case below: 21 N.C. App. 450.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STATE v. CLOER

   No. 131 PC.

   Case below: 22 N.C. App. 57.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STATE v. CORDON

   No. 100 PC.

   Case below: 21 N.C. App. 394.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STATE v. GRANT

   No. 105 PC.

   Case below: 21 N.C. App. 431.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.